IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-02261-JLK

VISIONS OF AMERICA, LLC,

*Plaintiff*,

vs.

DEERWOODS REAL ESTATE MANAGEMENT, LLC,

*Defendant and Third-Party Plaintiff,*

vs.

THE CAMBRIDGE, LLC, and ROGER GOOD,

*Third-Party Defendants*.

**ORDER**

The proposed Scheduling Order (Doc. 14) submitted by counsel is not acceptable and the Scheduling Conference set for 10:00 a.m. on January 21, 2016 is VACATED.  No further action or rulings on this case will occur unless and until an acceptable order in full compliance with this court's directions is submitted and approved.  If an acceptable proposed order is not submitted in accordance with this minute order, no further telephonic appearances by counsel will be permitted. The following orders concerning a Scheduling Order apply:

1. Counsel are ordered to certify that they have read and fully comply with the amendments to the Federal Rules of Civil Procedure that came into effect on December 1, 2015. Particular emphasis is directed to amended Rule 1 and Amended Rule 26 (b)(1), Rule 26(c)(1)(B), 26(d), and 34.

2. 5h. The unified numbering system is required and shall begin with the first exchange of documents. All exhibits shall be numbered in sequence using only one Arabic numeral. No qualification as to Plaintiff's or Defendant's exhibit is permitted. No renumbering or duplicative numbering is permitted for depositions, interrogatories, requests for admission or citations in briefs and motions.

3. 5i. Itemized costs are required as spelled out in the court's directions for proposing scheduling orders and each counsel's client must be notified of the itemized proposed or anticipated costs and certification of such notice must be filed upon submission of the proposed scheduling order.

4. 6f. Either anticipated deponents will be listed or no depositions will be permitted. Once listed, the parties may agree to delist any deponent and so notify the court.

5. 7. This statement is nonsensical. "[E]xacerbating damages by continued litigation" is precisely what the Rules of Civil Procedure and intelligent case management seek to avoid. The parties shall state specifically the appropriate stage of the proceedings at which a referral to the Magistrate Judge for settlement purposes should be made. This disclosure should also indicate whether early case evaluation in accordance with the Local Rules should also be made. Counsel are expected to be familiar with and comply with the current Local Rules of Practice of this court.

Counsel are ORDERED to file an Amended Proposed Scheduling Order on or before January 29, 2016.

DATED this 19th day of January, 2016.

BY THE COURT:

_John L. Kane_
JOHN L. KANE
Senior U.S. District Court Judge